

*Reply to:*
224 Harrison St Suite 208
Syracuse NY 13202
Phone 315.234.1864
Fax 315.410.1262
**Central NY Office**

www.barthbehr.com

43 Court St Suite 600
Buffalo NY 14202
Phone 716.856.1300
Fax 716.856.1494
**Main Office**

November 18, 2019

**Via PACER**

Hon. Andrew T. Baxter
United States District Court
For the Northern District of New York

Marc Wietzke, Esq.
Flynn & Wietzke, PC

   Re: Lopez v. Walton et al
     Civil Action No.: 6:19-cv-727 (LEK/ATB)
     Date of Loss: February 17, 2018
     Our File No. : 19-1199

Dear Hon. Baxter:

  Please be advised that the parties have agreed to retain James Hacker to mediate the above-referenced case at a mutually agreeable date and time prior to the Court's deadline of January 13, 2020.

  If you have any questions or concerns, please do not hesitate to contact me.

         Very truly yours,

         *Daniel K. Cartwright*

         Daniel K. Cartwright

DKC/